EASTERN TAR PRODUCTS CORPORA-TION by its Directors, Grant Thorn, Genevieve U. Thorn, and Samuel Uhl-felder, in trust for its creditors, stockholders and members, Appellants,

v.

UNITED STATES of America, Appellee.

No. 7894.

United States Court of Appeals Fourth Circuit.

Argued Nov. 17, 1959.

Decided Nov. 23, 1959.

Harry S. Shapiro, Baltimore, Md., for appellants.

I. Henry Kutz, Attorney, Department of Justice, Washington, D. C. (Charles K. Rice, Asst. Atty. Gen., Lee A. Jackson and Fred A. Youngman, Attorneys, Department of Justice, Washington, D. C., and Leon H. A. Pierson, U. S. Atty., Baltimore, Md., on brief), for appellee.

Before SOPER, HAYNSWORTH, and BOREMAN, Circuit Judges.

PER CURIAM.

Affirmed upon the opinion of the District Court, 170 F.Supp. 110.

Affirmed.

Rayburn E. HAHN, Petitioner,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 17618.

United States Court of Appeals Fifth Circuit.

Nov. 23, 1959.

Rayburn E. Hahn, in pro. per.

Arthur I. Gould, Lee A. Jackson, Meyer Rothwacks, Carter Bledsoe, Dept. of Justice, Washington, D. C., Arch M. Cantrall, Chief Counsel, I.R.S., Rollin H. Transue, Sp. Atty., I.R.S., Washington, D. C., Charles K. Rice, Asst. Atty. Gen., for respondent.

Before CAMERON, JONES and BROWN, Circuit Judges.

PER CURIAM.

The issue presented here and the facts from which the issue arose are fully set forth in the opinion of the Tax Court. Hahn v. Commissioner, 30 T.C. 195. Since we conclude that the question raised was properly determined, the decision of the Tax Court is

Affirmed.

O. W. IRWIN, Trustee of the Estate of General Equipment Co., a Co-partnership composed of Wallace D. Loe and John O. Currence and Wallace D. Loe and John O. Currence, Individually, Bankrupts, Appellant,

v.

S. H. TANNER, Appellee.

No. 16442.

United States Court of Appeals Ninth Circuit.

Nov. 5, 1959.

Shapro & Rothschild, Daniel Aronson, Jr., James M. Conners, Arthur P. Shapro, San Francisco, Cal., for appellant.

Twohig, Weingarten & Haas, Myron B. Haas, Seaside, Cal., for appellee.

Before POPE, HAMLEY and KOELSCH, Circuit Judges.

PER CURIAM.

This case presents nothing except a question of fact. The trial court's findings are fully supported by evidence.

Judgment affirmed.